UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: Phenylpropanolamine (PPA) Products Liability Litigation | MDL Docket No. 1407 |
| | CASE NO. 02-CV-1273 |
| This document relates to: | **ORDER** |
| DESSIE EMBRY AND ALFRED EMBRY | |
| v. | |
| BAYER CORPORATION, SMITHKLINE BEECHAM CORPORATION, And SMITHKLINE BEECHAM CONSUMER HEALTHCARE, L.P. | 02-CV-01273-ORD |

* * * * * *

Defendants, Bayer Corporation ("Bayer"), SmithKline Beecham Corporation d/b/a GlaxoSmithKline and SmithKline Beecham Consumer Healthcare, L.P. (collectively referred to as "GSK"), having filed a Motion for Summary Judgment with a supporting Memorandum of Law and the Court being duly and sufficiently advised;

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED. Accordingly, Plaintiffs' claims against the above-referenced Defendants are dismissed in their entirety with prejudice.

This is a final and appealable Order and there is no just cause for delay.

ENTERED this 24th day of January, 2006.

JUDGE – U.S. DISTRICT COURT
WESTERN DISTRICT OF
WASHINGTON, SEATTLE
DIVISION